State of Wisconsin    Eastern District

Gregory Perkins
    Plaintiff,

Case# 22-C-1125

2022 SEP 26 P 2:37

Vs.

CPS Jeffrey Lawrence
Captian Eric Norman
Security Director Emil Toney
CPS Koehler
Captain Daniel Cushing
Security Director Kind
Cleary

Plaintiff Civil
COMPLAINT
28 U.S.C. § 1983
AND
JURY DEMAND

---

I. <u>INTRODUCTION</u>

!.) Plaintiff Gregory Perkins (Perkins) hereby brings the following Civil Suite against the above defendants for their willful violations of my Civil Rights as established by The United States Constitution, Wisconsin Constitution, DAI Policy & Procedure and District Court Rulings.

2.) Perkins was singled out for filing a PREA Complaint and erroneously labled in the WICS System as a Gay/Bi-Sexual inmate available to all staff to view.

II. <u>JURISDICTION & VENUE</u>

3.) This Court is appropriated venue under 28 U.S.C. § 1391 (b)(2), the events giving rise to the claims herein, seeks damages to be asked for in the complaint, as individual defendants culpability is determined, and degree of violations are determined bt a Jury.

4.) This Court has subject matter Jurisdiction over Perkins Federal Law claims under 28 U.S.C. § 133 and § 1334(A)(3). This

action seeks redress and damages for violations of 42 U.S.C. § 1983 and 42 U.S.C. § 1985.

5.) The events giving rise to this complaint have occured at Oshkosh Correctional Institution; 1730 West Snell Road, Oshkosh, WI 54901 AND Green Bay Correctional Institution; 2833 Riverside Drive, Green Bay, WI 54307.

6.) All defendants acted under the guise of State Law in their Individual Capacities as DOC Employee's/Correctional Staff/ Managers and Personell of both Institutions listed in the above paragraph.

## III. PARTIES INVOLVED

7.) Gregory Perkins (Herein after Perkins) is currently housed at Green Bay Correctional Institution 2833 Riverside Drive, Green Bay, WI 54307.

8.) Timothy Behrensprung (Herein after Behrensprung) is currently housed at Green Bay Correctional Institution 2833 Riverside Drive, Green Bay, WI 54307

At OSCI I called PREA because a close friend of mine for 10 years had been consistantly being sexually harassed and being forced into doing sexual activities that were unwanted. My friend Timothy Behrensprung first reported these issues to staff and requested to be moved. Behrensprung was denied. After Behrensprung reported this to me, I called the PREA Hotline to have the issue investigated, I found out CPS Lawrence on my unit was the investigator, and everything changed. After the investigation (case#1001563) I was told I was being considered for a transfer to another Medium.

The subject of this PREA Investigation, Daniel Peace kept this harassment up with staff failing to intervene on multiple levels. However those investigating the PREA turned the investigation around onto me because Behrensprung showered at the same time as I to feel safe, saying we were sexually active despite clear denials between both of us and me not being Gay/Bi-Sexual. Nor were we ever TLU or question about having sex.

After arriving at Green Bay Correctional I found out staff put a keep seprate in the "Special Handling" section of WICS, a system used by the DOC. Captain Cushing came to me saying he has read WICS and calling me Gay in front of numerous witness, and said we are also trying to have sex. I was then given a directive to go to my cell and was escorted by Sgt. Redbeard (not real name Sgt. John Doe) who told me to file a complaint. All of this is retaliation for filing the PREA Complaint in clear violation of PREA standards of retaliation. SW Jandrin sent me a memo stating this was entered bt CPS Koehler and approved by SD Kind.

Captain Norman investigated with CPS Lawrence and was a decision maker in this issue along with attempting to cover it up.

Because of my mental health needs, PSU has been involved because this has cause my depression to become worse because of the targeting by staff Cushing, Koehler, Kind, Norman and Lawrence. I filed a inmate complaint which staff Cushing went out his way to make up lies which the ICE department went with without investigating then I was targated even more.

I was told by ICE department to writr my social worker Ms.

Jandrin before filing which I did. Then Mr. Behrensprung did the same, Captian Cushing retaliated by locking me and Behrensprung up. I was taken to Seg. and given a conduct report #00258435 for 303.41 Counterfeiting and Forgery and 303.31 Lying. Cushing accuse me of writing a Request Slip to Mr. Behrensprung's Social Worker on his behalf which I never did. Mr. Behrensprung did the same as I did because the ICE Dept. directed me to and I told him he needs to do the same before filing a complaint. Cushing tells me Mr. Behrensprung is not smart enogh to write the Request Slip which he has been locked up over 10 yrs. in prison. Mr. Behrensprung was taken to the treatment center as a intimidation move to try and scare him into saying I wrote the Request which I never did. About removing the false statements in WICS.

9.) On my complaint I filed and there response to what Cushing said will show a clear targeting. By his statement he claim I asked him about getting celled up with Mr. Behrensprung. I can't be celled up with no inmate due to Medical issues. I am a Red Tag. Do not double this is threw HSU because of covid-19 and if ICE would have invstigated thay would see he lied and has a history of it. Mr. Behrensprung was held 21 days till I went on my hearing which he came on, and stated He wrote the Request not Me but because I'm trying to clear my name from being labled as a Gay/Bi-Sexual I was found guilty. He lied saying the hand writing matchedmine. Cushing is not a hand writing expert. I also have been trying to get this Request Slip to show as evidence. They are refusing to turn it over because they know I didn't write it.

4 of 6

10.) What is in WICS is a clear Retaliation move in PREA hand book. It states page (6) Retaliation "Accusing someone of thing they have not done". The statement in WICS is doing just that keep seperated suspected of having a sexual relationship. This was because I forced a PREA investigation to help out a friend. Now I'm labled as Gay and was given a 90 days in the hole which I did 79 days.

11.) This has cause my depression to get worse, cause staff to look at me as being Gay/Homosexual, slander my name with this lie which is harmful and damaging for it harm my placement in the institution Jobs and Programing by if I wanted a runner job they will see and think I'm on gay stuff and I'm looked at even closer then other inmates.

Why tell us to speak up and say something if we are gonna be come the target cause staff refuse to do there job.

12.) Oshkosh and Green Bay violated my Constitutional Right and GBCI and OSCI adminastration approves of this conduct by not disciplining staff for lying and retaliating against inmates who have been assulated and the reporter which I was a third party. These staff should not be employed if they do use this kind of behavior yet Madison Rubber Stamps this type of behavior and allow the inmate to be punished.

## Conclusion

Due to the Retaliation, on going slander and targeting and emotional stress for me trying to help others stay safe. All this has cause me emotional stress, depression, anxiety because I'm worried about what they gonna do next. I am asking this

court as I Demand a Jury Trial and damages totaling $150,000. Removal of this false information that is in WICS for all staff to see in Special Handling for upon me getting out the hole staff stated to me that per WICS I couldn't be in the room with certain people while out of 27 years in prison I never had this on me. Then I had to remind staff that I am a Red Tag "Do not double". As a injunction against further Retaliation by these staff members, by me filing this complaint, staff is to take PREA Reporting serious and not punish those who report it because it is clear what they did. It is my right as a prisoner and human being to be free from Cruel and Unusual Punishment, Retaliation from being thron in the hole and targeted for helping out someone. And to Mr. Behrensprung for him to also be free from retaliation and thrown in the hole for speaking up and telling the truth. Not only for his assualt but for stating I never wrote the Request. Also let it be known DOC has no policy stating another inmate can't help anyone that may need help in filing out forms, but thats not this case.

Submitted by,

*Gregory Perkins*

Gregory Perkins
Green Bay Corr. Inst.
P o Box 19033
Green Bay, WI 54307