United States District Court,
Office of the Clerk,
517 East Wisconsin Avenue Room 362,
Milwaukee, Wisconsin 53202

CLERK USDC EDWI
FILED

2022 OCT 19 P 1:59

TO      : Clerks Office

From    : Gregory D. Perkins #207341

Re      : Perkins v. Lawrence et al
          Case No. 22-cv-01125

Please find (1) Letter from Warden Dylon K. Radtke (GBCI) Dated October 10/04/22 DAI-2022-42723 To Mr. Behrensprung Timothy #458363 stating there does not appear to be any separations listed in WICS. I would like this in the record as Exhibits 15. Showing the targeting by other staff members, and lying and falsying records. And trying to cover it up even from the Warden as he states there is nothing in WICS, so it is even hiding from him as Ex. 1 Complaint will clearly show and state DOC -401 Inst. Complaint Examiner's Office and Ex 4. letter from SW Jandtin stating also CPS Koehler & SD Kind approved this in WICS also Ex. 10 also is stating this about the keep separation C/R 00258435 Please enter into record as evidence showing harassment, targeting, retaliation for me helping someone out in a PREA investigation. Also I have written to the warden about this before and was told to address all separations with SD Kind who didn't respond nor would CPS Koehler instead I was targeted even mopre then Locked up in the hole for something I did not do and given 90-days and had to do 79-days when other inmates was let out in 45-days half time. But to show even more targeting I was release only for 2-hour then told no your not getting out and took me out of GP and place in a step program, to make me do more time by the Deputy Warden.

Gregory Perkins #207341
CC.f