

IN THE UNITED STATES DISTRICY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GREGORY PERKINS
    PLAINTIFF,

V.                      Case No. 22C1125

James Koehler et al.,

---

Plaintiff, Gregory Perkins, hereby addresses the court for the matter above, Your Honor Willaim E. Duffin, I am addressing the court because I would like to AMEND THE COMPLAINT IN THE ABOVE MATTER Pursuant to rule 15 (a) (1), fed. R Civ.P. Your I'm asking that you accept this because as you know I'm having issues with dealing with this matter because I'm not allowed to go to library and as you know I know little about the law. And you said the Courts lower the standard for me. The defendants Your honor is filing responses I don't understand and I can't get a lawyer. so I don't know even if I'm filing the Amended complaint right or even doing anything right and I don't want to bother the Courts with just anything. So i only did this because I thought i should have to maybe not.

Thank you for your time in this matter and if this matter is not warrent I apologize to the courts for this.

                                      Submitted by,

                                        *[signature]*

                                        March 7, 2023

*Stamp: CLERK USDC EDWI FILED 2023 MAR 13 P 2:13*