# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GREGORY PERKINS**,

    Plaintiffs,

v.                                                          **Case No. 22-CV-1125**

**JAMES KOEHLER,** *et al.***,**

    Defendants.

## ORDER

On June 22, 2023, plaintiff Gregory Perkins, who is incarcerated and representing himself, filed a motion to compel discovery. (ECF No. 30.) Perkins requests the court to compel the defendants to produce all the discovery he asked for. (*Id.* at 1.) On June 29, 2023, Perkins filed a motion for sanctions asserting that the defendants were retaliating against him by placing him in segregation and denying him his legal paperwork. (ECF No. 31.) On July 24, 2023, after the defendants filed their response to his motions (ECF No. 33), Perkins filed a "motion to clarify motion to compel and sanctions" (ECF No. 36). The court will construe this as a supplement to his previous motions.

Regarding Perkins' motion to compel, he states that the defendants have since fully responded to his discovery requests. As such, the court will deny his motion to compel as moot.

Regarding his motion for sanctions, such a motion is not proper for what Perkins is trying to accomplish. If Perkins believes that the defendants are unlawfully

retaliating against him, he should use the grievance procedure to have the issue resolved. After he fully exhausts his administrative remedies, if he still believes he was unlawfully retaliated against and the issue was not adequately resolved, he may file a separate lawsuit related to the retaliation. As such, his motion for sanctions is denied.

**IT IS THEREFORE ORDERED** that Perkins's motion to compel (ECF No. 30) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Perkins' motion for sanctions (ECF No. 31) is **DENIED**.

**IT IS FURTHER ORDERED** that Perkins' motion to clarify motion to compel and motion for sanctions (ECF No. 36) be construed as a supplement to his motion to compel and motion for sanctions.

Dated in Milwaukee, Wisconsin this 14th day of August, 2023.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge